UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Kerry Lai Fook | : | |
| 27 Keith Ave. | : | Civil Action # _____ |
| Brockton, MA 02301 | : | |
|     Plaintiff | : | |
|       vs. | : | JURY TRIAL DEMANDED |
| | : | |
| Ryan Grady | : | |
| 102 Tobey St. | : | |
| Providence, RI 02909 | : | |
|     Defendant | : | |

## COMPLAINT

### PARTIES

1.      Plaintiff, Kerry Lai Fook, is a resident of the Commonwealth of Massachusetts, residing at the address listed in the caption of this Complaint.

2.      Upon information and belief, Defendant, Ryan Grady, is a resident of the State of Rhode Island, residing at the address listed in the caption of this Complaint.

### JURISDICTION

3.      This Court has jurisdiction over the parties and subject matter of this Civil Action-Complaint in that the Plaintiff, Kerry Lai Fook, is a citizen of Massachusetts and the Defendant, Ryan Grady, is a citizen of Rhode Island, and the amount in controversy in this case, exclusive of interest and costs, exceeds the sum of $75,000.

4.      The Court has jurisdiction over this claim against the Defendant, Ryan Grady, for money damages pursuant to 28 U.S.C. § 1332.

## FACTS

5.      On or about March 10, 2024, Plaintiff, Kerry Lai Fook, was the operator of a motor vehicle, which was merging onto I-95 southbound from I-495 northbound, in Foxborough, MA.

6.      At or about the same date and time, Defendant, Ryan Grady, was the owner and operator of a motor vehicle, which was traveling at or near the aforesaid intersection and/or the location of Plaintiff's vehicle.

7.       At or about the same date and time, Defendant's vehicle was involved in a motor vehicle collision with Plaintiff's vehicle.

8.      The aforesaid motor vehicle collision was caused by the Defendant negligently and/or carelessly, operating his vehicle in such a manner so as to rear-end the Plaintiff's vehicle.

9.      The aforesaid motor vehicle collision was the result of the negligence and/or carelessness of Defendant and not the result of any action or failure to act by Plaintiff.

10.     As a result of the accident, Plaintiff suffered serious, severe, and permanent bodily injuries, including to the neck and lower back, as set forth more fully below.

## COUNT I – NEGLIGENCE
### Kerry Lai Fook v. Ryan Grady

11.     The negligence and/or carelessness of Defendant, which was the direct and sole cause of the aforesaid motor vehicle accident and the injuries and damages sustained by the Plaintiff, consisted of, but is not limited to, the following:

   a.      Rear-ending the Plaintiff's vehicle causing the Plaintiff's vehicle to strike a third vehicle;

   b.      Operating his vehicle into Plaintiff's lane of travel;

   c.      Failing to maintain proper distance between vehicles;

d.   Operating his vehicle in a negligent and/or careless manner so as to rear-end the Plaintiff's vehicle without regard for the rights or safety of Plaintiff or others;

e.   Failing to have his vehicle under proper and adequate control;

f.   Operating his vehicle at a dangerous and excessive rate of speed under the circumstances;

g.   Failure to keep a proper lookout;

h.   Failure to apply brakes earlier to stop the vehicle without rear-ending the Plaintiff's vehicle;

i.   Being inattentive to his/her duties as an operator of a motor vehicle;

j.   Disregarding traffic lanes, patterns, and other devices;

k.   Driving at a dangerously high rate of speed for conditions;

l.   Failing to remain continually alert while operating said vehicle;

m.   Failing to perceive the highly apparent danger to others which the actions and/or inactions posed;

n.   Failing to give Plaintiff meaningful warning signs concerning the impending collision;

o.   Failing to exercise ordinary care to avoid a collision;

p.   Failing to be highly vigilant and maintain sufficient control of said vehicle and to bring it to a stop on the shortest possible notice;

q.   Operating said vehicle with disregard for the rights of Plaintiff, even though he was aware or should have been aware of the presence of Plaintiff and the threat of harm posed to Plaintiff;

r.    Continuing to operate the vehicle in a direction towards Plaintiff's vehicle when he saw, or in the exercise of reasonable diligence, should have seen, that further operation in that direction would result in a collision;

s.    Failing to operate his vehicle in compliance with the applicable laws and ordinances of the Commonwealth of Massachusetts pertaining to the operation and control of motor vehicles;

12.    As a direct and consequential result of the negligent and/or careless conduct of the Defendant, described above, Plaintiff suffered various serious and permanent personal injuries and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, including to the neck and lower back for which extensive and invasive treatment has been recommended, all to Plaintiff's great loss and detriment.

13.    As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

14.    As an additional result of the carelessness and/or negligence of defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

15.    As a direct result of the negligent and/or careless conduct of the Defendant, Plaintiff suffered damage to his/her personal property, including his/her motor vehicle, which Plaintiff was operating at the time of the aforesaid motor vehicle collision; including but not limited to, storage fees and towing, all to Plaintiff's great loss and detriment.

16.     As a further result of Plaintiff's injuries, he has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

17.     Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which she makes a claim for payment in the present action.

18.     WHEREFORE, Plaintiff, Kerry Lai Fook, demands judgment in Plaintiff's favor and against Defendants, Ryan Grady, plus interest and costs and such other and further relief as this Court deems meet and just.

### PRAYER FOR RELIEF

19.     Plaintiff, therefore requests a judgment in Plaintiff's favor and against Defendant for compensatory damages and such other relief as this court deems just and proper.

Respectfully submitted,

SIMON & SIMON, P.C.

Dated:

BY:_____*Adam Holtman*_____

Adam Holtman, Esquire
BBO# 695758

SIMON & SIMON, P.C.
Attorney for Plaintiff
100 Cambridge Street, 14th Floor
Boston, MA 02114
857-233-0559
adamholtman@gosimon.com